IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : 3:17-CR-299 |
| | : (JUDGE MARIANI) |
| JOSE LUIS GONZALEZ, SR., | : |
| Defendant. | : |

### ORDER

**AND NOW, THIS 7th DAY OF MAY, 2018**, upon consideration of Defendant's "Motion for Extension of Time to File Pretrial Motions," (Doc. 87), and the Government's concurrence therewith, the Court finds that the ends of justice will be served by affording such an extension. The Court further finds that an extension of time outweighs the best interests of the public and the Defendant in a speedy trial, and that any delay occasioned by this extension shall be excluded from speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7).

**ACCORDINGLY, IT IS HEREBY ORDERED THAT** Defendant's "Motion for Extension of Time to File Pretrial Motions," (Doc. 87), is **GRANTED**. Defendant shall file all pretrial motions no later than **June 4, 2018**. Defendant is **PUT ON NOTICE** that no further extensions of time in this case will be granted.

Robert D. Mariani
United States District Judge