UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

JOSE LUIS GONZALEZ, SR.,

: Criminal No. 3:CR-17-299
:
:(JUDGE MARIANI)
:
:

### ORDER

**AND NOW, THIS** _14th_ **DAY OF JUNE 2019**, upon consideration of Defendant's pretrial motions (Docs. 89-96), the brief in support of the motions (Doc. 97), the Government's response thereto (Doc. 102), and all other relevant documents, for the reasons discussed in the simultaneously filed Memorandum Opinion, **IT IS HEREBY ORDERED THAT**:

1. The Motion to Compel Disclosure of Confidential Informant (Doc. 89) is **DENIED**;

2. The Motion for Discovery Pursuant to Rule 16 (Doc. 90) is **DENIED WITHOUT PREJUDICE**;

3. The Motion for Pre-Trial Hearing to Determine Existence of Conspiracy (Doc. 91) is **DENIED**;

4. The Motion for Grand Jury Transcripts Pursuant to Rule 6(e)(3)(E)(i) (Doc. 92) is **DENIED WITHOUT PREJUDICE**;

5. The Motion for Disclosure and Limiting Instruction Pursuant to Rules of Evidence 404(b) and 609 (Doc. 93) is **DENIED WITHOUT PREJUDICE**;

6. The Motion for Disclosure Pursuant to Rule of Evidence 807 (Doc. 94) is **DENIED WITHOUT PREJUDICE**;

7. The Motion for Bill of Particulars (Doc. 95) is **DENIED**; and

8. The Motion for Expert Information Pursuant to Rule 16(a)(1)(G) of the Rules of Criminal Procedure (Doc. 96) is **DENIED WITHOUT PREJUDICE**.

Robert D. Mariani
United States District Judge